[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12008

Non-Argument Calendar

_____

LINDA CHASE,

Plaintiff-Appellant,

*versus*

U.S. POSTMASTER GENERAL,
U.S. ATTORNEY GENERAL,
JASON R. COODY,
U.S. Attorney, Northern District of Florida,

Defendants-Appellees.

2                          Opinion of the Court                       23-12008

———————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:22-cv-00102-TKW-MAF

———————————————

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Linda Chase's notice of appeal, filed on June 12, 2023, was untimely to appeal from the district court's April 7, 2023 order and judgment dismissing her third amended complaint. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); Fed. R. App. P. 4(a)(1)(B), 26(a)(1).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.